1058

[No. 44772-6-I.    Division One.    March 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID L. PIKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-08934-9, Patricia H. Aitken, J., entered June 14, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44947-8-I.    Division One.    March 6, 2000.]

JOSEPH J. LANZA, *Appellant*, v. BOARD OF DIRECTORS OF PROVIDENCE POINT UMBRELLA ASSOCIATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-00436-1, Richard A. Jones, J., entered June 10, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 18230-4-III.    Division Three.    March 7, 2000.]

ROBERT L. SCHMIERER, ET AL., *Appellants*, v. WALLACE WEISHAAR, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 97-2-00133-2, Salvatore F. Cozza, J., entered January 27, 1999. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 16982-1-III.    Division Three.    March 9, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST LEE TABOR, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 96-1-00551-1, Vic L. VanderSchoor, J., entered October 17, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Schultheis, J.